IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD B. DeJOHNETTE,<br><br>    Plaintiff,<br><br>  v.<br><br>SUSAN HUBBARD, et al.,<br><br>    Defendants.<br>_____ | No. C 08-4844 MMC (PR)<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 19)** |

GOOD CAUSE APPEARING, the request of defendant for an extension of time to file a dispositive motion is hereby GRANTED. Defendant shall file a dispositive motion no later than September 4, 2009. Within **thirty** days of the date such dispositive motion is filed, plaintiff shall file with the Court and serve on defendant's counsel opposition thereto. Defendant shall file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

This order terminates Docket No. 19.

IT IS SO ORDERED.

DATED: June 29, 2009

_____
MAXINE M. CHESNEY
United States District Judge