IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD B. DeJOHNETTE,<br><br>    Plaintiff,<br><br>  v.<br><br>SUSAN HUBBARD, et al.,<br><br>    Defendants.<br>_____ | No. C 08-4844 MMC (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY**<br><br>**(Docket No. 50)** |

      GOOD CAUSE APPEARING, defendants' request for an extension of time to file a reply to plaintiff's opposition to defendants' motion to dismiss is hereby GRANTED. Defendants shall file a reply no later than **September 20, 2010**. The motion to dismiss will be deemed submitted on the date the reply is due.

      This order terminates Docket No. 50.

      IT IS SO ORDERED.

DATED: August 27, 2010

_____
MAXINE M. CHESNEY
United States District Judge