IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD B. DeJOHNETTE,

No. CV-08-4844 MMC (PR)

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

  v.

SUSAN HUBBARD, et al.,

       Defendants.

_____/

     **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

       **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED without prejudice to plaintiff's filing a complaint raising his exhausted claims, in a new and separate action.

Dated: November 17, 2010                Richard W. Wieking, Clerk

                                     *Tracy Lucero*

                            By: Tracy Lucero
                            Deputy Clerk